

# United States District Court
# Eastern District of California

| | |
|---|---|
| MerriJane Hayes | Case Number: 2:22-cv-01079-CKD |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Black Oak Mine Unified School District | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Lori Ann Bullock hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: MerriJane Hayes

On 09/18/2014 (date), I was admitted to practice and presently in good standing in the Supreme Court of Iowa (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Anders et al., v. California State University, Fresno, et al.; 1:21-cv-00179-AWI-BAM; Application submitted 12-10-2021; Order approving application 12-13-2021.

Date: 07/06/2022      Signature of Applicant: /s/ Lori A. Bullock

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Lori Ann Bullock |
| Law Firm Name: | Bailey Glasser, L.L.P. |
| Address: | 309 East 5th Street |
| | Suite 202B |
| City: | Des Moines   State: IA   Zip: 50309 |
| Phone Number w/Area Code: | (515) 416-9050 |
| City and State of Residence: | Ankeny, Iowa |
| Primary E-mail Address: | lbullock@baileyglasser.com |
| Secondary E-mail Address: | jminer@baileyglasser.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jade Smith-Williams |
| Law Firm Name: | Bailey Glasser, L.L.P. |
| Address: | 1999 Harrison Street |
| | Suite 1600 |
| City: | Oakland   State: CA   Zip: 94612 |
| Phone Number w/Area Code: | (510) 272-8000   Bar # 318915 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 6, 20222

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE