UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRIJANE HAYES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLACK OAK MINE UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | No.  2:22–cv–1079–CKD<br><br><br>ORDER |

  This action was assigned to the undersigned Magistrate Judge under the court's automated case assignment plan.  See Local Rules, Appendix A, subsection (m).  Under the current Initial Scheduling Order, the filing of an answer to the complaint triggers a 30-day deadline for the parties to file a joint status report addressing the subjects listed in Local Rule 240(a) to assist the court in setting a scheduling order for the case.  (ECF No. 3, ¶ 3.)  Because defendant filed an answer on July 21, 2022 (ECF No. 7), the parties' joint status report is due on or before August 22, 2022.

  However, this deadline depends on whether all parties intend to consent to the jurisdiction of a Magistrate Judge for all purposes, including for the entry of final judgment.  See 28 U.S.C. § 636(c).  The parties received information about the option to consent to such jurisdiction and the Consent/Decline form to notify the Clerk of the Court of their election.  (ECF No. 3.1.)

1

However, no Consent/Decline form has yet been filed by any party. There is no obligation to consent, and no judge will be notified of a party's decision unless all parties have consented. See Fed. R. Civ. P. 73(b)(1). Still, there is an obligation for each party to inform the court of their decision whether or not to consent to Magistrate Judge jurisdiction for all purposes.

That consent/decline election allows for proper case assignment and administrative processing. For instance, if all parties consent, then this case will proceed before the undersigned, in which circumstance it is appropriate for the undersigned to set the case schedule—based on the information provided in the forthcoming joint status report. If all parties do not consent, however, the case will be reassigned to a random District Judge as presiding judge, with the undersigned continuing for the referral purposes set forth in the Local Rules. In that circumstance, the District Judge will direct the case's scheduling, and there would be no need for the parties to provide a joint status report to the undersigned by the current deadline.

Accordingly, it is HEREBY ORDERED that:

1. No later than **August 8, 2022**, all parties shall file their completed Consent/Decline form;
2. Should all parties choose to consent to Magistrate Judge jurisdiction for all purposes, the parties shall file their joint status report as originally ordered, no later than **August 22, 2022**, or shall timely request an extension of that deadline;
3. In the event that at least one party declines Magistrate Judge jurisdiction, no joint status report is required, as the case will then automatically be reassigned to a District Judge.

Dated: July 26, 2022

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

19, haye.1079